**378 CARPENTER (Admr.) vs. PROBATE JUDGE (Ottawa), 48 M., 318.**

To compel approval of relator's bond as administrator and issue letters of administration.

Denied April 25, 1882.

Held, that while a probate judge cannot arbitrarily reject an administrator's bond, he may require the sureties to justify and the Supreme Court will not interfere with such an exercise of discretion unless in a clear case of abuse.

**379 WALKER ET AL. (Executors) vs. PROBATE JUDGE (Washtenaw), No. 14282½.**

To vacate an order requiring relators to file a bond as executors in the sum of $100,000, in a case where it is alleged that the real and personal estate disposed of by will is of the value of between $150,000 and $175,000, of which amount all is personal property, except about $25,000, and the probate judge declined to reduce the amount because of lack of power.

Order to show cause denied June 29, 1894.